**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ABDULSALAM ALI ABDUL-RAHMAN AL-HELA,<br><br>Petitioner,<br><br>v.<br><br>BARACK OBAMA, *et al.*,<br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 05-1048 (RCL) |

## ORDER

Having considered the briefs and arguments made by counsel, the applicable law, and the entire record in this case, it is hereby

**ORDERED** that Petitioner's Motion [353] to Compel the government to reveal to petitioner the government's allegations against him and the purported factual bases for its allegations is DENIED.

It is **SO ORDERED** this 12th day of May, 2016.

_____
ROYCE C. LAMBERTH
United States District Judge